United States District Court
Southern District of Texas

**ENTERED**

April 06, 2017

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **LOWELL LEATHERMAN** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:16-CV-3205** |
| | § | |
| **TRAVELERS LLOYDS OF TEXAS** | § | |
| **INSURANCE COMPANY AND** | § | |
| **SARAH WEST** | § | |

**ORDER OF DISMISSAL**

Before the Court is a stipulation of dismissal dismissing all claims and causes of action asserted in this lawsuit. The Court is of the opinion that the stipulation of dismissal should be accepted by the Court. Accordingly, all claims and causes of action asserted in this lawsuit are hereby DISMISSED WITH PREJUDICE TO THE RE-FILING OF SAME. This order of dismissal disposes of all claims and parties in this lawsuit.

SIGNED at Houston, Texas, on this the 6th day of April, 2017.

**MELINDA HARMON
UNITED STATES DISTRICT JUDGE**